Thomas R. Delehanty, CO Bar No. 51887
(*pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
tdelehanty@earthjustice.org

*Attorney for Proposed Intervenor-Defendants Center for Biological Diversity, Great Old Broads for Wilderness, National Parks Conservation Association, Sierra Club, The Wilderness Society, Western Watersheds Project, Wild Arizona, and WildEarth Guardians*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PRESCOTT DIVISION

| | |
|---|---|
| Arizona State Legislature, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 3:24-cv-08026-PCT-SMM |
| Joseph R. Biden, Jr., *et al.*, | District Judge Stephen M. McNamee |
| Defendants, | **CONSERVATION INTERVENORS' NOTICE OF ERRATA** |
| and | |
| Grand Canyon Trust; Center for Biological Diversity; Great Old Broads for Wilderness; National Parks Conservation Association; National Resources Defense Council; Sierra Club; The Wilderness Society; Western Watersheds Project; Wild Arizona; and WildEarth Guardians, | |
| Proposed Intervenor-Defendants. | |

Notice is hereby given that the memorandum and attachments in support of the Conservation Intervenors' motion to intervene, ECF No. 16, were inadvertently filed as separate entries at ECF Nos. 17 and 18, and then refiled as a single entry at ECF No. 19. The documents filed at ECF No. 19 are identical to those filed at ECF Nos. 17 and 18. The undersigned counsel apologizes for any confusion this caused.

Respectfully submitted April 25, 2024.

/s/ Thomas Delehanty
Thomas R. Delehanty, CO Bar No. 51887
(*pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
tdelehanty@earthjustice.org

*Attorney for Proposed Intervenor-Defendants Center for Biological Diversity, Great Old Broads for Wilderness, National Parks Conservation Association, Sierra Club, The Wilderness Society, Western Watersheds Project, Wild Arizona, and WildEarth Guardians*