| | |
|---|---|
| 1 | Sambo (Bo) Dul (State Bar No. 030313) |
| 2 | Sean Berens (State Bar No. 034032) |
|   | Office of Arizona Governor Katie Hobbs |
| 3 | 1700 W. Washington Street, 9th Floor |
|   | Phoenix, Arizona 85007 |
| 4 | Telephone: (602) 542-6578 |
| 5 | bdul@az.gov |
|   | sberens@az.gov |
| 6 | |
| 7 | *Attorneys for Proposed Intervenor-Defendant* |
|   | *Arizona Governor Katie Hobbs* |

1  Sambo (Bo) Dul (State Bar No. 030313)
2  Sean Berens (State Bar No. 034032)
   Office of Arizona Governor Katie Hobbs
3  1700 W. Washington Street, 9th Floor
   Phoenix, Arizona 85007
4  Telephone: (602) 542-6578
5  bdul@az.gov
   sberens@az.gov
6
7  *Attorneys for Proposed Intervenor-Defendant*
   *Arizona Governor Katie Hobbs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Arizona State Legislature, et al., | No. CV-24-08026-PCT-SMM |
|---|---|
| Plaintiffs, | *consolidated with* |
| v. | 3:24-cv-08027-PHX-DLR |
| Joseph R Biden, Jr., et al., | |
| Defendants. | **Notice of Appearance** |

NOTICE IS HEREBY GIVEN that Sambo (Bo) Dul and Sean Berens, attorneys in the Office of the Governor, appear as counsel of record on behalf of Proposed Intervenor-Defendant Katie Hobbs, in her capacity as the Governor of the State of Arizona, and respectfully request that they be served with copies of all pleadings, orders, and other documents in this matter and that they be added to the Court's distribution list and certificate of service.

Contact information for above-referenced counsel follows:

> Sambo (Bo) Dul
> Sean Berens
> Office of Arizona Governor Katie Hobbs
> 1700 W. Washington Street, 9th Floor
> Phoenix, Arizona 85007
> Telephone: (602) 542-6578
> Email: bdul@az.gov
> Email: sberens@az.gov

RESPECTFULLY SUBMITTED this 11th day of June, 2024.

/s/ Sambo (Bo) Dul
Sambo (Bo) Dul
Sean Berens
*Attorneys for Proposed Intervenor-Defendant Arizona Governor Katie Hobbs*